
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID FRANK SPRINKLE,   )   | |
|     Plaintiff,   )   | Civil Action No. 7:13-cv-00022 |
| )   | |
| v.   )   | **DISMISSAL ORDER** |
| )   | |
| ALI, et al.,   )   | By:   Glen E. Conrad |
|     Defendant(s).   )   | Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 18th day of March, 2013.

                                                 /s/ Glen E. Conrad
                                               Chief United States District Judge